

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-14-00084-CV

Vanessa Jordan **HARWOOD**, William Crosby Harwood, and Donna Harwood,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0134-CV-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellants' brief was due April 7, 2014. Neither the brief nor a motion for extension of time to file the brief was filed. We therefore **order** appellants to file, **on or before April 28, 2014,** their appellants' brief and a written response reasonably explaining their failure to timely file the brief or a proper motion to extend time to file the brief. If appellants fail to file a brief and the written response or a proper motion to extend time to file the brief by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court